# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158408(62)

*In re* ROBERT E. WHITTON REVOCABLE
TRUST.
_____

MOLLY MICHALUK,
       Petitioner-Appellant,

v

EDDIE WHITTON and RICHARD WHITTON,
Successor Trustees of the ROBERT E. WHITTON
REVOCABLE TRUST,
       Respondents-Appellees.
_____/

SC: 158408
COA: 337828
Oakland PC: 2016-372116-TV

On order of the Chief Justice, the motion of respondents-appellees to extend the time for filing their supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before October 1, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2019



Clerk